## Sampson Bros., Inc., Appellant, *v.* Monroeville Water Authority.

Argued October 12, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*C. Francis Fisher,* with him *Karl E. Weise,* and *Hirsch, Truxall & Weise,* and *Brenlove & Fisher,* for appellants.

*Dominic B. King,* with him *Aaron Cohen,* and *Cohen & Popiel,* for appellees.

OPINION PER CURIAM, December 3, 1964:
Decree affirmed. Each party to bear own costs.